THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE CVEK, Appellant.

Argued November 25, 1941; decided January 8, 1942.

*Martin Benjamin, Harry G. Anderson, Bernard C. McDonnell* and *Leo L. Sormani,* for appellant.

*Samuel J. Foley, District Attorney (George Tilzer, Herman J. Fliederblum* and *Edward F. Breslin* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.